United States District Court
Southern District of Texas
**ENTERED**
September 15, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GLEN LEE HAYWARD, JR., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-05798 |
| | § | |
| HARRIS COUNTY MEDICAL STAFF, *et al.*, | § | |
| | § | |
| | § | |
| Defendants. | § | |

**ORDER OF DISMISSAL**

Plaintiff Glen Lee Hayward, Jr. (SPN 02610719) is currently confined in the Harris County Jail. Hayward filed this civil rights action under 42 U.S.C. § 1983 against the Harris County Medical Staff and Harris County Mental Health Staff. *See* Doc. No. 1. Having reviewed the pleadings and the plaintiff's litigation history, the Court DISMISSES this case as barred by the three-strikes rule in 28 U.S.C. § 1915(g).

Hayward seeks leave to proceed *in forma pauperis*. Doc. No. 2. Under the "three strikes" rule, a prisoner is not allowed to bring a civil action *in forma pauperis* in federal court if, while incarcerated, three or more of his civil actions or appeals were dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted, unless he is under "imminent danger of serious physical injury." 28 U.S.C. § 1915(g). Once a prisoner has accumulated three qualifying dismissals or strikes for purposes of § 1915(g), he may not proceed without prepayment of the filing fee unless he fits within the imminent-

danger exception at the time his complaint is filed. *See Brown v. Megg*, 857 F.3d 287, 290 (5th Cir. 2017); *Baños v. O'Guin*, 144 F.3d 883, 885 (5th Cir. 1998).

Hayward has accumulated at least three strikes, having filed many civil actions while a prisoner that the courts have dismissed as frivolous or for failure to state a claim upon which relief may be granted. *See, e.g., Hayward v. Gonzalez*, Civ. A. No. 4:24-cv-385 (S.D. Tex. May 10, 2024) (dismissing case for failure to state a claim); *Hayward v. Harris County Jail*, Civ. A. No. 4:24-cv-1327 (S.D. Tex. May 21, 2024) (dismissing case as frivolous); *Hayward v. Gonzalez*, Civ. A. No. 4:24-cv-4586 (S.D. Tex. Dec. 4, 2024 (dismissing case as frivolous and malicious); *see also Hayward v. Sergeant Roberson*, Civ. A. No. 4:24-cv-4950 (S.D. Tex. Jan. 14, 2025) (dismissing case without prejudice under 28 U.S.C. § 1915(g) and noting that Hayward has accumulated three strikes). The pleadings in this case do not show that Hayward is under imminent danger of serious physical injury or that he fits within any exception found in 28 U.S.C. § 1915(g). Therefore, he is barred from proceeding *in forma pauperis* in this case.

Based on the foregoing, the Court **ORDERS** as follows:

1. This case is **DISMISSED** without prejudice under 28 U.S.C. § 1915(g).
2. Plaintiff's motion for leave to proceed *in forma pauperis* (Doc. No. 2) is **DENIED**.
3. All other pending motions, if any, are **DENIED as MOOT**.

The Clerk will send a copy of this order to the parties and will also provide a copy of this order to the Manager of the Three-Strikes List for the Southern District of Texas by email at: **Three_Strikes@txs.uscourts.gov**.

The Clerk will enter this Order, providing a correct copy to all parties of record.

SIGNED this 10th day of September 2026.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE